UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEVERIN HEGEL, et al.,

      Plaintiffs,

v.                                CASE NO. 8:12-CV-1161-T-17MAP

THE FIRST LIBERTY
INSURANCE CORPORATION,

      Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 81    Report and Recommendation

The assigned Magistrate Judge has entered a Report and Recommendation as to Plaintiffs' Supplemental Verified Motion for Attorney's Fees, Prejudgment Interest and to Tax Costs (Dkt. 74), in which it is recommended that Plaintiffs' Motion be granted in part.

The Court entered an Order granting summary judgment in favor of Plaintiffs in the amount of $166,518.17, with prejudgment interest from the date of denial, 10/3/2011, to the date of final judgment, 2/5/2014. Plaintiffs request the award of prejudgment interest in the amount of $18,527.98 (Dkt. 74, p. 2), reserving jurisdiction to increase the award until the date of payment. Plaintiffs further request the award of postjudgment interest from the date of judgment. Plaintiffs also seek the award of attorney's fees, prejudgment interest on the award of attorney's fees, postjudgment interest on the award of attorney's fees, and the award of costs pursuant to 28 U.S.C.

Case No. 8:12-CV-1611-T-17MAP

Sec. 1920.

The Court has independently reviewed the pleadings and the record. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, and incorporates it by reference.

A. Liquidated Damages and Prejudgment Interest on Liquidated Damages

The amount of liquidated damages is $166,518.17.

The Court determines prejudgment interest pursuant to Sec. 55.03, <u>Florida Statutes</u>:

| Year | Calculation | Amount |
|------|-------------|--------|
| 2011 | .000130137 x $166,518.17 x 90 = | $1,950.32 |
| 2012 | .000129781 x $166,518.17 x 366 = | $7,909.59 |
| 2013 | .000130137 x $166,518.17 x 365 = | $7,909.61 |
| 2014 | .000130137 x $166,518.17 x 35 = | $ 758.46 |
|      |             | $18,527.98 |

B. Attorney's Fees

The assigned Magistrate Judge has recommended the award of attorney's fees in the amount of $46,382.50, reflecting a reduction in the amount of reasonable hours expended, having determined the reasonable rates to be applied and having determined Plaintiffs are not entitled to a multiplier. The Court adopts the finding of the assigned Magistrate Judge as to attorney's fees in the amount of $46,382.50.

Case No. 8:12-CV-1611-T-17MAP

C. Prejudgment Interest on Attorney's Fees

Plaintiffs seek the award of prejudgment interest on the award of attorney's fees, at the applicable annual rate of 4.75% pursuant to Sec. 55.03, Florida Statutes (.000130137), from the date of final judgment until paid.

The Court determines prejudgment interest as follows:

2014   $46,382.50 x .000130137 x 259 (to date) =   $1,563.34.

D. Taxable Costs

The Court adopts the finding of the assigned Magistrate Judge determining the award of costs in the amount of $1,601.25.

E. Postjudgment Interest

The assigned Magistrate Judge determined that Plaintiffs are entitled post-judgment interest on the liquidated damages of $166,518.17, and reasonable attorney's fees in the amount of $46,382.50 at the federal statutory rate pursuant to 28 U.S.C. Sec. 1961, from the date of final judgment, 2/5/2014, until paid.

The applicable post-judgment interest rate is .11 per cent (as of January 31, 2014; http://www.federalreserve.gov/releases/h15/20140210). Accordingly, it is

**ORDERED** that the Report and Recommendation (Dkt. 81) is **adopted and incorporated**. Plaintiffs' Supplemental Verified Motion for Attorney's Fees, Prejudgment Interest and to Tax Costs (Dkt. 74) is **granted** in part.

Case No. 8:12-CV-1611-T-17MAP

A final judgment awarding liquidated damages of $166,518.17 has been entered. (Dkts. 55, 56). The Court has taxed costs in the amount of $1,601.25 (Dkt. 70), and reiterates that determination. Plaintiffs are awarded $46,382.50 for reasonable attorney's fees, prejudgment interest on liquidated damages and reasonable attorney's fees in the amount of $20,091.32 ($18,527.98 + $1,563.34), and post-judgment interest pursuant to 28 U.S.C. Sec. 1961 from 2/5/2014 until paid, for which sum let execution issue.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 23rd day of October, 2014.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record